JANUARY TERM, 1889.                741

Dworak v. More.        Fifth Nat'l Bank v. Edholm.

FRANK E. DWORAK ET AL., PLAINTIFFS IN ERROR, V.
A. B. MORE ET AL., DEFENDANTS IN ERROR.

MAXWELL, J.

The facts in this case are substantially the same as in the case of Dworak and Berkes just decided, and the same judgment is entered.

JUDGMENT ACCORDINGLY.

THE other judges concur.